IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

COOPER CARRY, INC.            )
                              )
v.                            ) NO. 3:05-0297
                              ) JUDGE CAMPBELL
OPRY MILLS, L.L.C.            )

ORDER

Pending before the Court is Defendant's Motion to Dismiss Complaint (Docket No. 5). Defendant previously withdrew the portion of its Motion which alternatively sought summary judgment. See Docket No. 9.

For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Docket No. 11) is DENIED as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE